UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA ROGAN<br>    Plaintiff, | CIVIL ACTION |
| v. | TRIAL BY JURY<br>DEMANDED |
| PROTOCOL RECOVERY SERVICE, INC.<br>    Defendant | DECEMBER 15, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. Plaintiff, Donna Rogan, is a natural person residing in Berlin, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

2. The defendant, Protocol Recovery Service, Inc. ("Protocol"), is a Georgia corporation that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

3. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

4. This Court has jurisdiction over Protocol because it engages in debt collection within Connecticut.

5. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

6. Plaintiff owed a consumer debt (the "Debt") that was assigned to Protocol for collection purposes.

7. Protocol began contacting Plaintiff in an attempt to collect the Debt.

8. In the course of attempting to collect the Debt from Plaintiff, in October and November 2010, a Protocol employee or representative identifying herself as Ms. Hollins called and left multiple messages for Plaintiff on an answering machine without stating that she was calling on behalf of Protocol and without stating that the message was a communication from a debt collector.

9. Protocol has violated the Fair Debt Collection Practices Act and the Connecticut Unfair Trade Practices Act.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFF, DONNA ROGAN**

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax (860) 571-7457